UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 08-15 HRW

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                        ORDER OF DISMISSAL

ERIC D. JONES, ET AL                                       DEFENDANTS

\* \* \* \* \* \* \*

This matter having come before the Court on the motion of the plaintiff for the entry hereof, and the Court having considered the motion and being advised; for cause shown it is

ORDERED herein as follows:

(1) That the motion of the United States for dismissal of this action should be and hereby is GRANTED.

(2) The Order of Sale entered herein on November 5, 2009, be and is hereby vacated and set aside.

(3) This action be and is DISMISSED and is STRIKEN from the Court's active docket.

Date: 1/13/10

Signed By:
Henry R. Wilhoit, Jr
United States District Judge
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

Distribution:   ECF Notification to U.S. Attorney
                1 copy U.S. Marshal
                1 copy to defendants

1